UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELINDA G. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 25-1955 (PLF) |

ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that defendant's Motion to Dismiss [Dkt. No. 12] is GRANTED, and this case is DISMISSED; and it is

FURTHER ORDERED that plaintiff's Motion for Trial [Dkt. No. 16] is DENIED AS MOOT.

This is a final appealable Order. See Fed. R. App. P. 4(a). The Clerk of Court shall TERMINATE this case.

SO ORDERED.

Paul L Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/26